# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **INTERMETAL REBAR, LLC,**<br><br>      **Plaintiff,**<br><br>vs.<br><br>**AVONDALE TERMINAL SERVICES, LLC,**<br><br>      **Defendant.** | Case No. 2:25-cv-02057 |

## STATEMENT OF CORPORATE DISCLOSURE

Intermetal Rebar, L.L.C. ("Intermetal"), by and through undersigned counsel, hereby certifies that

- There is no parent corporation or publicly held corporation that owns ten percent or more of Intermetal's stock. FRCP 7.1(a)(1)(B).

- Joe Carrero and Rocio Ramirez are the individuals whose citizenship is attributed to Intermetal and are both citizens of Florida. FRCP 7.1(a)(2).

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal. Intermetal hereby reserves the right to amend and supplement this statement in accordance with FRCP 7.1(b).

DATED October 2, 2025

RESPECTUFLLY SUBMITTED:

**SPENCER FANE LLP**

*/s/ R. Harold McCard, Jr.*
R. HAROLD MCCARD, JR. ESQ.
Louisiana Bar No. 027843
511 Union Street, Suite 1000
Nashville, TN 37219
Tele.: 615.248.4665

*Counsel for Intermetal Rebar, LLC*