UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INTERMETAL REBAR, LLC | CIVIL ACTION |
| VERSUS | NO. 25-2057 |
| AVONDALE TERMINAL SERVICES, LLC | SECTION: "I" (3) |

### ORDER SCHEDULING SETTLEMENT CONFERENCE

**IT IS ORDERED** that a settlement conference is scheduled for **Wednesday, April 22, 2026, at 9:30 a.m.,** before the undersigned magistrate judge, Courtroom B-305, Hale Boggs Federal Building, 500 Poydras Street, New Orleans, Louisiana. Please note that a photo ID is required to enter the building. **PLEASE ARRIVE TEN MINUTES BEFORE THE SCHEDULED START TIME.**

**IT IS FURTHER ORDERED** that the parties comply with the attached Settlement Conference Requirements.

New Orleans, Louisiana, this 25th day of November, 2025.

EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE