UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **INTERMETAL REBAR, LLC**<br><br>**VERSUS**<br><br>**AVONDALE TERMINAL SERVICES, LLC** | CIVIL ACTION<br><br>2:25-cv-02057-LMA-EJD |

**CORPORATE DISCLOSURE STATEMENT**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Avondale Terminal Services, LLC ("Avondale"), who, pursuant to Federal Rule of Civil Procedure 7.1, hereby gives notice that it is a limited liability company duly organized under the laws of the State of Delaware with its principal place of business in Louisiana, and that Avondale Marine Holdings, LLC owns 100% of the membership interest. No publicly held corporation owns ten percent (10%) or more of Avondale Marine Holdings, LLC's membership interest.

Respectfully submitted,

*/s/ L. Etienne Balart*
L. ETIENNE BALART (La. Bar No. 24951)
SARA B. KUEBEL (La. Bar No. 38305)
JONES WALKER, LLP
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: 504-582-8584
Facsimile: 504-589-8584
Email: ebalart@joneswalker.com
skuebel@joneswalker.com

***Attorneys for Avondale Terminal Services, LLC.***

1

#110547877v1

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document has been forwarded to all counsel of record by hand, electronic filing, facsimile, email and/or depositing a copy of same in the U. S. mail, postage prepaid and properly addressed this 2nd day of December, 2025.

                                              */s/ L. Etienne Balart*
                                              L. ETIENNE BALART