UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **INTERMETAL REBAR, LLC,**<br><br>                    **Plaintiff,**<br><br>vs.<br><br>**AVONDALE TERMINAL SERVICES, LLC,**<br><br>                    **Defendant.** | **CIVIL ACTION**<br><br>Case No. 2:25-cv-02057-LMA-EJD<br><br>SECTION "I" (3) |

## JOINT STATUS REPORT

Plaintiff Intermetal Rebar, LLC ("Intermetal"), by and through its counsel of record, and Defendant Avondale Terminal Services, LLC ("Avondale"), by and through its counsel of record (collectively, the "Parties"), hereby submit this Joint Status Report.

**A.    PARTIES AND THEIR COUNSEL**

1. **Plaintiff/Counter-defendant Intermetal Rebar, LLC:** R. Harold McCard and R. McKay Holley of Spencer Fane LLP.

2. **Defendant/Counterclaimant Avondale Terminal Services, LLC:** L. Etienne Balart and Sara B. Kuebel of Jones Walker, LLP.

**B.    PENDING MOTIONS**

There are no pending motions by the Parties.

**C.    STATUS CONFERENCE, PRETRIAL CONFERENCE, AND TRIAL DATE**

**List the principal legal issues involved and indicate whether or not any of those issues are in dispute:**

#110606165v1

As explained below, this case involves a cargo of steel rebar discharged at Avondale. The principal legal issues include the contractual terms between the parties, the enforceability of those terms, the source and cause of the alleged damage, liability and damages.

**Status Conference:** December 18, 2025, at 9:30 a.m. via telephone.

**Pretrial Conference:** May 28, 2026, at 9:00 a.m.

**Trial Date (Jury Trial)**: June 29, 2026, at 8:30 a.m. Jury trial is estimated to last 4 days.

D.    BRIEF DESCRIPTION OF FACTUAL AND LEGAL ISSUES

**Factual Issues:** (1) Interpretation and scope of Avondale's Term Sheet and Terms and Conditions, including the appropriate amount charged for dunnage; (2) Avondale's representations to Intermetal regarding its capacity and ability to perform and Intermetal's reliance on those representations; (3) the quantity and condition of Intermetal's cargo upon discharge, whether Avondale exercised reasonable care with the cargo, and the cause and extent of damage to Intermetal's cargo; (4) whether Avondale's representations constitute fraud or misrepresentations that are unethical, oppressive, unscrupulous, or substantially injurious to Intermetal; and (5) the amount and extent of damages suffered by Intermetal or Avondale by the others conduct.

Briefly, Intermetal and Avondale entered into contracts earlier this year pertaining to the discharge of Intermetal's steel rebar cargo at Avondale's facility. As alleged in the Complaint, Intermetal asserts that Avondale failed to exercise reasonable care in the discharge and storage of Intermetal's rebar, resulting in at least 33 metric tons of rebar becoming lost or otherwise damaged beyond repair. . Intermetal further alleges that Avondale knowingly misrepresented its ability to discharge, store, and make available for shipment Intermetal's rebar in violation of Louisiana Unfair Trade Practices and Consumer Protection Law (LUPTA). At this time, Intermetal has identified approximately $203,000 in damages resulting from Avondale's conduct.

In defense, Avondale asserts that the cargo of steel rebar being imported was dumped on Avondale at the last minute to avoid certain tariffs. Avondale was not responsible for the loading of the vessel or the condition of the cargo as it was discharged, and contends that it exercised ordinary and reasonable care in the discharge of the cargo. Moreover, the majority of the damage complained of by Intermetal was either pre-existing, or, in the case of "broken bands" and ordinary by-product of the vessel discharge process. Finally, the amounts charged by Avondale for its services were agreed to by the parties and necessary for Avondale to discharge the product.

**Legal Issues:** (1) Whether the Parties breached Avondale's Term Sheet and Terms and Conditions; (2) whether Avondale's conduct constitutes a violation of the Louisiana Unfair Trade Practices and Consumer Protection Law (LUPTA); (3) whether Avondale was negligent in its handling of Intermetal's cargo; (4) whether Avondale's conduct constitutes fraud; and (5) whether Intermetal was unjustly enriched by a benefit provided by Avondale. In addition, Avondale has asserted a counterclaim for amounts due for services rendered.

E.  **REMAINING DISCOVERY**

The Parties still need to conduct written discovery and take the depositions of potential fact witnesses, 30(b)(6) designees, and any retained experts.

F.  **SETTLEMENT NEGOTIATIONS**

**Settlement Conference:** A settlement conference is scheduled for April 22, 2026, at 9:30 a.m. before the Honorable Eva J. Dossier.

**Settlement Discussions:** The Parties have engaged in settlement discussions to partially resolve the issues regarding Intermetal's remaining bundles of rebar currently held by Avondale, and will continue to work together to explore all possibilities of settlement.

Report dated:  December 15, 2025.

#110606165v1

LV 7018620.1

RESPECTUFLLY SUBMITTED:

| **SPENCER FANE LLP** | **JONES WALKER, LLP** |
|---|---|
| */s/R. McKay Holley* <br> R. Harold McCard, Esq. # 027843 <br> 511 Union Street, Suite 1000 <br> Nashville, TN 37219 <br> Tele.: 615.248.4665 <br> Email: hmmcard@spencerfane.com <br><br> -and- <br><br> R. McKay Holley, Esq. (*Admitted Pro Hac Vice*) <br> 300 S. 4th Street, Suite 1600 <br> Las Vegas, NV 89101 <br> Tele.: 702.408.3400 <br> Email: mholley@spencerfane.com <br><br> *Attorneys for Intermetal Rebar, LLC* | */s/L. Etienne Balart* <br> L. Etienne Balart, Esq. <br> Sara B. Kuebel, Esq. <br> 201 St. Charles Avenue, 48th Floor <br> New Orleans, Louisiana 70170-5100 <br> Email: ebalart@joneswalker.com <br> Email: skuebel@joneswalker.com <br><br> *Attorneys for Avondale Terminal Services, LLC* |

#110606165v1

LV 7018620.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the December 15, 2025, the **JOINT STATUS REPORT** was filed electronically with the Clerk of Court using the CM/ECF system.

                                             */s/ R. McKay Holley*
                                             R. McKay Holley, Esq. (*Admitted Pro Hac Vice*)

#110606165v1

LV 7018620.1